AO 91 (Rev. 11/11)   Criminal Complaint                                                              Approved: SJW 9/10/24

# UNITED STATES DISTRICT COURT
### for the
Western District of Oklahoma

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   M-24-681-STE |
| Marcus Dewayne Martin, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____August 28, 2024____ in the county of ____Oklahoma____ in the ____Western____ District of ____Oklahoma____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(n) | Illegal Receipt of a Firearm by a Person Under Indictment |
| 18 U.S.C. § 922(d) | Transfer of Firearm to a Prohibited Person |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent, David McCauley, ATF, which is incorporated and made a part hereof by reference.

☑ Continued on the attached sheet.

_David J. McCauley_
*Complainant's signature*

David McCauley, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   **Sep 11, 2024**

_Shon T. Erwin_
*Judge's signature*

City and state:   Oklahoma City, Oklahoma

SHON T. ERWIN, U.S. Magistrate Judge
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

**STATE OF OKLAHOMA**            )
                                                )
**COUNTY OF OKLAHOMA**        )

**AFFIDAVIT OF PROBABLE CAUSE
IN SUPPORT OF ARREST WARRANT**

I, David J. McCauley, Jr., having been duly sworn, depose and state as follows:

1.        I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), a division of the United States Department of Justice, having been so employed since June 2018.  Prior to my employment with the ATF, I was a Police Officer in Hampton, Virginia for seven years.  I am a graduate of the Department of Homeland Security's Criminal Investigator Training program as well as the ATF Special Agent Basic Training Program.  As a Special Agent with ATF, I am vested with the authority to investigate violations of federal laws including Title 18 of the United States Code.

2.        I have been assigned to the ATF Oklahoma City Field Office since December 2018.  I am familiar with the information contained in this Affidavit through personal investigation and/or information received from other law enforcement officers, mentioned herein, who have participated in and/or have contributed documentary reports of their investigative efforts in this matter.  This Affidavit contains information necessary to support the Complaint and is not intended to include every fact or matter observed or known by me.

3.        This Affidavit is presented for the limited purpose of seeking a federal Complaint and arrest warrant for **Marcus Dewayne MARTIN (MARTIN)**, a male with

the date of birth xx/xx/1988.  This Complaint and arrest warrant are sought for **MARTIN's**

violation of Title 18, United States Code, Section 922(n) and Title 18, United States Code,

Section 922(d).

## FACTS SUPPORTING PROBABLE CAUSE

4.      An investigation conducted by ATF Special Agent David McCauley revealed

that **MARTIN**, who is under indictment for multiple felonies, did sell a firearm to a

convicted felon in Oklahoma City, Oklahoma.

5.      **MARTIN**'s criminal record includes the following felony convictions that

he is under indictment for:

   a.   Driving Under the Influence (Oklahoma County District Court Case CF-2023-01154- two (2) years Deferred 03-03-2023)
   b.   Pointing a Firearm (Oklahoma County District Court case number CF-2023-01154)
   c.    Eluding Police Officer (Oklahoma County District Court case number CF-2023-01154)
   d.   Carrying Firearms While Under the Influence (Oklahoma County District Court number CF-2022-03835, two (2) years Deferred-03-03-2023).

6.      During communications with ATF personnel, MARTIN repeatedly stated

that he was obtaining firearms from an unnamed source for sale to ATF personnel. For

example, On July 31, 2024, while texting ATF Confidential Informant (CI) 1 about the

price of a firearm that CI-1 wanted to buy, MARTIN stated: "Let me see what bro what

[sic] for it that one is his." In that same conversation, MARTIN stated: "That's his baby

I'm not going to lie bro," when referring to the price of a Glock firearm that CI-1 had asked

about. Later that same day, when CI-1 could not attend a previously scheduled meetup with

MARTIN, MARTIN stated: "Ok bet no problem bro I'll let you know when I get more of

2

them," referring to obtaining additional firearms. And on August 28, 2024, in a text conversation with ATF UC-1, MARTIN stated: "Never mind bro he won't [sic] too much for that one," referring to his source, when asked about the price of a Sig Sauer pistol.

7.    Therefore, there is reason to believe that MARTIN received all firearms that he sold after he had been indicted—meaning while he had been under his deferred sentences.

8.    On August 28, 2024, ATF CI 1 and Confidential ATF Undercover Agents UC-1, UC-2, UC-3 purchased two (2) firearms from Marcus MARTIN. The sale was completed at 3535 NW 39th Street, Oklahoma City, Oklahoma 73112 which is located in the Western District of Oklahoma.

9.    Between August 27th and August 28th, 2024, UC-1 had communications with MARTIN, via text message and telephone calls from phone umber 405-361-0799. During the communications MARTIN agreed to complete a firearms transaction during which UC-1 and CI-1 would purchase firearms. During the August 27th communications UC-1 and MARTIN discussed the make and model of the firearms that would be brought to the sale. UC-1 agreed to meet the following day to complete the sale between MARTIN, UC-1 and CI-1.

10.    On August 28, 2024, at approximately 12:33 PM, UC-1 communicated with MARTIN and advised they were on the way to the meet location. At approximately 12:38 PM, MARTIN responded and advised UC-1 "Ok I'm about to head that way", "Bout 30 minutes away". At approximately 12:57 PM, UC-1, UC-2, and UC-3 activated audio and

3

video surveillance equipment that transmitted and recorded. CI-1 was equipped with the listed equipment.

11.  At approximately 1:09 PM, MARTIN arrived at the meet location driving a white Dodge Ram bearing Oklahoma License Plate :1153. MARTIN parked his vehicle next to the passenger side of the Undercover Vehicle (UCV). UC-1 and CI-1 exited the UCV and approached MARTIN's vehicle. MARTIN informed UC-1 and CI-1 that they could get into his vehicle.

12.  Once UC-1 and CI-1 entered MARTIN's vehicle UC-1 observed an AR pistol near MARTIN's right leg, on the driver's side floorboard of the vehicle. While conversing inside of MARTIN's vehicle UC-1 asked CI-1 "this is the one you want right?" in reference to CI-1 wanting an AR style pistol. MARTIN provided UC-1 a Glock pistol that was located in the area of the driver's side floorboard of the vehicle.

13.  CI-1 then conversed with MARTIN about the AR pistol and asked MARTIN "this one clean right here?" (asking MARTIN if the firearm was stolen). MARTIN stated, "yeah everything clean man". CI-1 explained that CI-1 was from out of state and was told that if CI-1 was a felon somewhere else then CI-1 could go into a store and that they (Federal Firearms Licensee (FFL)) will sell you a firearm. CI-1 advised MARTIN that CI-1's associate told CI-1 that even though CI-1 was a convicted felon CI-1 could be sold a firearm from an FFL in the state of Oklahoma.

14.  Upon hearing CI-1 MARTIN stated, "no, no" and "so what you tried to sell it?". CI-1 explained that CI-1 "tried to go in there" and MARTIN stated, "and just bought one". CI-1 then explained to MARTIN that CI-1's associate had explained to CI-1 that

4

even though CI-1 had felonies on CI-1's record that a law had been passed to allow the purchase of a firearm from an FFL. MARTIN indicated this was not correct and stated, "they turned the muthaffukka down". This indicated that MARTIN knew CI-1 would not be able to obtain a firearm. MARTIN stated, "my felony is in Kansas, and they still won't". This indicated that MARTIN could not go into an FFL in Oklahoma and obtain a firearm.

15.    UC-1 then purchased the Glock pistol for $750.00 dollars in pre-recorded government funds. CI-1 also purchased the AR pistol from MARTIN for $1,200.00 dollars in pre-recorded government funds. MARTIN also provided CI-1 with a thirty round magazine and stated to CI-1 "30 thang" (30 round magazine). UC-1, CI-1 conversed with MARTIN about other future firearms deals.

16.    At approximately 1:12 PM, UC-1 and CI-1 exited MARTIN's vehicle and re-entered the UCV. ATF UCs and CI then departed the deal location and deactivated surveillance equipment. MARTIN placed a call to UC-1 at approximately 1:13 PM and advised that MARTIN forgot to tell CI-1 how to break down (disassemble) the AR pistol.

17.    On September 4, 2024, ATF Special Agent Brian Anderson, a Firearms Interstate Nexus Examiner, examined the firearms purchased from **MARTIN**.    He determined that it is a Glock, Model:26, 9X19 mm caliber pistol bearing serial number XKT473 and Anderson Manufacturing, Model: AM-15, multi-caliber pistol (AR platform) bearing serial number 22072091.

18.    Based upon SA Anderson's training and experience, it is his opinion that the firearms were not manufactured in Oklahoma and therefore crossed state lines to reach Oklahoma, thereby affecting interstate commerce.

19.     Based upon the aforementioned facts and circumstances, I believe that probable cause exists that on or about August 28, 2024, within the Western District of Oklahoma, **MARTIN**, who is under felony indictment, received firearms in violation of 18 U.S.C. § 922(n) and knowingly sold a firearm to a prohibited person and in furtherance in violation of 18 U.S.C. § 922(d).


DAVID J. McCAULEY, JR.
Special Agent
Bureau of Alcohol, Tobacco, Firearms and
Explosives


Sworn and subscribed before me this 11th day of September, 2024.


SHON T. ERWIN
U.S. MAGISTRATE JUDGE

6